IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASHA HAWAII HOLDINGS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MFS FREIGHT SERVICE, LLC,<br><br>    Defendant. | Case No. 24-cv-07730-CRB<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION; GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

On May 23, 2025, Magistrate Judge Laurel Beeler issued a report and recommendation that the Court grant Plaintiff Pasha Hawaii Holdings LLC's motion for default judgment and enter judgment for Plaintiff in the amount of $74,288.20. R&R (dkt. 20). Well over 14 days, the time within which a party can object to the report and recommendation, have passed.[1] See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Civ. L.R. 72. No party has filed an objection, so the Court adopts Judge Beeler's report and recommendation and grants Pasha Hawaii Holdings' motion for default judgment.

**IT IS SO ORDERED.**

Dated: June 18, 2025

CHARLES R. BREYER
United States District Judge

---

[1] This is to account for the fact that service was served on Defendant MFS Freight Service and its agent, Mark Moon, by mail. COS (dkt. 21).